**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MIRNA IRENE VAZQUEZ VITAL, | No. 08-72189 |
| Petitioner, | Agency No. A075-763-039 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Mirna Irene Vazquez Vital, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal

from an immigration judge's ("IJ") decision denying her application for

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

cancellation of removal.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Vazqez Vital failed to show exceptional and extremely unusual hardship to her qualifying relatives.  *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 929-30 (9th Cir. 2005).

Vazquez Vital's contention that the IJ's alleged bias deprived her of due process is not supported by the record, and her remaining due process challenge is unpersuasive.

We reject Vazquez Vital's contention that the BIA issued a boilerplate decision without reviewing the record, because she has not overcome the presumption that the BIA did review the record.  *See Larita-Martinez v. INS*, 220 F.3d 1092, 1095-96 (9th Cir. 2000).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part**.